Margaret A. Austin, as Administratrix, etc., Appellant, v. Onondaga County Fair Association, Respondent.— Motion to dismiss appeal granted, with costs.

The People of the State of New York ex rel. George H. Williams, Respondent, v. Francis G. Ward, Commissioner of Public Works of the City of Buffalo, Appellant.— Appeal dismissed upon stipulation filed.

Walter S. Coffin, Appellant, v. James J. Barber and Others, Respond-

ents.— Judgment affirmed, with costs. All concurred, except Kruse, J., who dissented.

William E. Kent, as Administrator, etc., of Charles Thompson, Deceased, Respondent, v. Jamestown Street Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.